■ TOPS MARKETS, INC., Respondent, v MARYLAND CASUALTY, Appellant. (Appeal No. 1.) [700 NYS2d 889] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Fahey, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.